UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20802-CIV-GARBER

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY and STATE FARM
FIRE AND CASUALTY COMPANY,

    Plaintiffs,

v.

CR DIAGNOSTIC CENTER, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on plaintiff State Farm Mutual Automobile Insurance Company's Motion for Reconsideration on Motion for Order to Show Cause Why Mayelin Matos Should Not Be Held in Contempt of Court [DE 62]. No response has been filed.

State Farm served a subpoena on Mayelin Matos to testify at a deposition which was to be taken in aid of execution of an unsatisfied judgment against the defendant CR Diagnostic Center, Inc. Matos, however, failed to appear. Because of this failure to appear, the Court finds that an Order to Show Cause should be entered against Matos. Accordingly, it is hereby

ORDERED that:

1. State Farm's Motion for an Order to Show Cause is GRANTED such that Mayelin Matos shall respond on or before ten (10) days from the date of this Order, in writing, explaining why she should not be held in contempt of court for her failure to appear at the

    aforementioned deposition. Failure to respond shall result in an entry of an order holding Mayelin Matos in contempt of court.

2.     State Farm shall have a copy of this Order served upon Mayelin Matos and shall file proof of such service with the Court.

    DONE AND ORDERED in Chambers at Miami, Florida this 18th day of October, 2010.

                                                          BARRY L. GARBER  
                                                        UNITED STATES MAGISTRATE JUDGE